C-05-04699 JW REY REY PRODUCE -V- ROBERTO PENA GUICHO
ORDER CONTINUING HEARING TO 05/01/06

## ORDER

The Court, having considered Plaintiff's Motion for Continuance of Hearing on Default Judgment against Defendants previously scheduled for April 10, 2006 at 9:00 a.m., and having previously received hard copies of all relevant pleadings (docket nos. 8 through 14) pursuant to the Standing Order in this case, ORDERS this motion be granted as follows:

☒ IT IS ORDERED, that the hearing is now scheduled for May 1, 2006 at 9:00 a.m.

☐ IT IS ORDERED, that the hearing is now scheduled for _____, 2006 at _____ __.m.

Dated: APRIL 5, 2006

_____
HON. JAMES WARE
JUDGE, U.S. DISTRICT COURT

### End of Order###